**Order entered August 22, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01162-CR

### JOHANAN JOHN FOLSOM, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-58786-P**

## ORDER

On July 11, 2013, this Court reversed appellant's conviction and remanded the case to the trial court for further proceedings. On July 31, 2013, appellant filed a "Motion to Expedite Mandate." There has been no response from the State to this motion.

Appellant's motion to expedite mandate is **GRANTED**. It is hereby **ORDERED** that the mandate in the above-styled case issue.

/s/     LANA MYERS
JUSTICE